**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **DONOVAN WAKEFIELD FARWELL,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE,** ) <br> **Commissioner of the Social** ) <br> **Security Administration,** ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 08-004438 AJW <br><br> **J U D G M E N T** |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

August 4, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge